**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 287 WAL 2020

         Respondent                 :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

         v.                            :

                                         :

KEVIN A. ARMSTRONG,                :

                                   :

         Petitioner                  :


## <u>ORDER</u>


**PER CURIAM**

       **AND NOW**, this 22nd day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.